

**NUMBER 13-14-00606-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**CRISTINA CASTANEDA,** **Appellant,**

**v.**

**DANNETTE ZUNIGA,** **Appellee.**

---

**On appeal from the County Court at Law No. 2
of Hidalgo County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Benavides and Perkes
Order Per Curiam**

This cause is before the Court on the record and briefs.   Appellant's first amended brief was received and filed on April 6, 2015 and appellant's second amended brief was received and filed on April 7, 2015.   Upon review of the appellant's amended briefs, we find that the briefs contain numerous formal defects and that case has not been properly presented.   *See* TEX. R. APP. P. 38.9.   In particular, the brief (1) does not state concisely

and without argument the facts pertinent to the issues or points presented as required by Rule 38.1(d); and (2) does not contain a clear and concise argument for the contentions made, with appropriate citations to the authorities and to the record.

Accordingly, under the authority of Texas Rule of Appellate Procedure 38.9(a) and (b), we STRIKE appellant's amended briefs and ABATE this matter to allow appellant to redraw her brief.

Appellant is hereby ORDERED to file an amended brief with this Court that complies with the above rules within fifteen days from the date of this order. In accordance with Rule 38.1, the facts pertinent to the appeal and the issues and argument presented in the brief must be clear and concise.

If appellant files an amended brief that fails to comply with this order of the Court and the Texas Rules of Appellate Procedure, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See id.* 38.9(a). Under such circumstances, the Court may dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules*. See id.* 38.8(a)(1), 42.3(b),(c).

This appeal will be reinstated upon the expiration of fifteen days from the date of this order, or the date that appellant's amended brief is filed, whichever occurs first.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of July, 2015.